**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SUSANNE ASCHER,

        Plaintiff,

v.                                                Case No. 3:12-cv-20-J-99MMH-MCR

MAYO CLINIC,

        Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. No. 24; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on January 23, 2013. In the Report, Magistrate Judge Richardson recommends that Defendant's Motion for Summary Judgment (Doc. No. 17) be granted, and that Plaintiff's Motion for Final Summary Judgment (Doc. No. 16) be denied. See Report at 1. Plaintiff filed objections to the Report, and Defendant responded. See Plaintiff's Objections to Report and Recommendation (Doc. No. 25; Objections); Defendant's Response to Plaintiff's Objections to Report and Recommendation (Doc. No. 26). This matter is ripe for review.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de

novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will overrule Plaintiff's Objections and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.[1]  Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Objections to Report and Recommendation (Doc. No. 25) are **OVERRULED**.

2. The Magistrate Judge's Report and Recommendation (Doc. No. 24), as modified, is **ADOPTED** as the opinion of the Court.

3. Defendant's Motion for Summary Judgment (Doc. No. 17) is **GRANTED**.

4. Plaintiff's Motion for Final Summary Judgment (Doc. No. 16) is **DENIED**.

---

[1] In reviewing the record, the Court identified a scrivener's error in the Report that requires correction before adoption by the Court. Thus, the Court inserts the word "not" in line 7 of page 3 between the word "would" and the word "need." See Administrative Record attached at Exhibit 1 to Defendant's Memorandum in Support of its Motion for Summary Judgment (Doc. 18) at 120. That sentence now reading: "Dr. Osborne also indicated that Plaintiff would not need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of her medical condition."

5. The Clerk of the Court is directed to enter Judgment in favor of Defendant Mayo Clinic, terminate all pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 4th day of April, 2013.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

i21

Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record